IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHARON DENAY ALLEN, | § | |
| REG. NO.09827-035, | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. H-05-249 |
| | § | |
| JOYCE FRANCIS, | § | |
| | § | |
| Respondent. | § | |

ORDER OF DISMISSAL

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED, with prejudice.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on February 1, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE